# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | |
| | : | |
| MARKCUS GOODE | : | CRIMINAL No. 11-204-1 |
| PROMISE MEBRTATU | : | -2 |
| MILAN DOUGLAS | : | -3 |

## ORDER

**AND NOW**, this 16th day of December, 2011, upon consideration of Defendants' Motion to Suppress (Docket No. 72) and the Government's opposition thereto (Docket No. 78) and following a hearing, it is hereby **ORDERED** that Defendants' Motion (Docket No. 72) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge