IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| MARKCUS GOODE | : | NO. 11-204-1 |
| PROMISE MEBRTATU | : | -2 |

**O R D E R**

**AND NOW**, this 17th day of October, 2012, upon consideration of the Defendants' Motion for Judgment of Acquittal (Doc. No. 127), and the Government's Response in Opposition thereto (Doc. No. 169), it is hereby **ORDERED** that the Defendant's Motion is **DENIED** for the reasons outlined in the accompanying Memorandum.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge